IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

WOOD, JASON DON

Case No. 06-12769 NLJ

Chapter 7

**Debtor(s).**

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The undersigned Trustee, pursuant 11 U.S.C. §347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, reports to the Court Clerk that the check(s) for the referenced creditor(s) was never returned or cashed, therefore the following are dividends in an amount over $5.00 and should be treated in the same matter as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 6<br>Check No. 108<br>Worldwide Asset Purchasing LLC<br>P. O. Box 105698<br>Atlanta, GA 30348 | $295.57 |
| Claim No. 7<br>Check No. 109<br>Worldwide Asset Purchasing LLC<br>P. O. Box 105698<br>Atlanta, GA 30348 | $562.91 |

A check made payable to the U.S. Bankruptcy Court in the total amount of $858.48, will be deposited with the clerk as unclaimed funds.

DATE: May 20, 2010             */s/ John Mashburn*
                               John Mashburn, Trustee
                               Heritage Plaza, Suite 105
                               13800 Benson Road
                               Edmond, OK  73013-6422
                               (405) 286-2600